NOTE: CHANGES MADE BY COURT

# JS-6

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FANNY CASTRO,,<br><br>          Plaintiff,<br><br>  v.<br><br>SPROUTS FARMERS MARKET, INC., a corporation; LASALLE INVESTMENT MANAGEMENT, INC. doing business as MARYLAND LASALLE INVESTMENT MANAGEMENT, INC.; LPF REDONDO BEACH, INC. and DOES 1-10,,<br><br>          Defendants. | Case No.: 2:21-cv-02570-FWS-PD_<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE [62]** |

///

///

///

# ORDER

Having considered and reviewed the Parties' Joint Stipulation for Dismissal with Prejudice [62] (the "Stipulation"), and good cause appearing, the court **GRANTS** the Stipulation and **ORDERS** the following:

> The above-captioned case, including all claims and counterclaims stated therein against all parties, is **DISMISSED WITH PREJUDICE**, with each party to bear its own attorney's fees and costs.

**IT IS SO ORDERED**.

DATED: November 7, 2022

*[signature]*

Hon. Fred W. Slaughter
UNITED STATES DISTRICT COURT